**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )  | 06-04108M-001-PCT-MEA |
| Plaintiff,  ) | |
| ) | **ORDER** |
| vs.  ) | |
| ) | |
| DAVID ALBERT ALLEN,  ) | |
| Defendant.  ) | |

    The defendant appeared in court and admitted to violating all allegations as contained in the Petition to Revoke Probation.

    IT IS ORDERED revoking the defendant's probation as unsuccessfully completed.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **THREE (3) MONTHS**, in accordance with 18 U.S.C. §3585(b), defendant to receive credit for pre-sentence time served.

    IT IS RECOMMENDED that the defendant serve his time in custody at the Coconino County Jail.

    DATED this 19th day of June, 2007.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge